UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| LILIANN IRIZARRY PABON, | ) | Civil Action No. 5:23-cv-3297-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

Upon consideration of the Defendant's Motion for Remand Pursuant to Sentence Four of 42 U.S.C. § 405(g), and having been advised Plaintiff has no objection to same, it is hereby **ORDERED** that the Defendant's Motion is GRANTED and this action is remanded to the Commissioner for further evaluation under the fourth sentence of 42 U.S.C. § 405(g).

IT IS SO ORDERED.

January 5, 2024
Florence, South Carolina

Kaymani D. West
United States Magistrate Judge