AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | | |
|---|---|---|
| Liliana Irizarry Pabon | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   5:23-cv-3297-KDW |
| Commissioner of the Social Security | ) | |
| Administration | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one):*

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____

dollars ($__), which includes prejudgment interest at the rate of ____ %, plus postjudgment interest at the rate of ____ %, along

with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____

recover costs from the plaintiff *(name)* _____.

■   other: This action is remanded to the Commissioner for further evaluation under the fourth sentence of 42

U.S.C. § 405(g).


This action was *(check one)*:

☐ tried by a jury, the Honorable _____ presiding, and the jury has rendered a verdict.


☐ tried by the Honorable _____ presiding, without a jury and the above decision was reached.


■ decided by the Honorable  Kaymani D. West, United States Magistrate Judge, who granted Defendant's
Motion to Remand.


Date:      January 5, 2024

ROBIN L. BLUME
*CLERK OF COURT*



s/ Glenda J. Nance
*Signature of Clerk or Deputy Clerk*