UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
ORANGEBURG DIVISION

| | | |
|---|---|---|
| LILIANN IRIZARRY PABON, | ) | Civil Action No. 5:23-cv-3297-KDW |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MARTIN O'MALLEY,[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

# ORDER

AND NOW, this 22nd day of January, 2024, upon consideration of the Parties' STIPULATION, ECF No. 27, it is hereby,

ORDERED that that the previously filed Equal Access to Justice Act ("EAJA") Petition, ECF No. 26, is hereby withdrawn;

It is further ORDERED that Plaintiff, Liliann Irizarry Pabon, is awarded attorney fees in the amount of Six Thousand Four Hundred Seventeen Dollars and 43/100 Cents ($6,417.43), expenses in the amount of Zero Dollars and 00/100 Cents ($0.00), and costs in the amount of Zero Dollars and 00/100 Cents ($0.00) under 28 U.S.C. § 2412(a), (d) of the EAJA. This award will be paid directly to Plaintiff, Liliann Irizarry Pabon, and sent to the business address of Plaintiff's counsel. Full or partial remittance of the stipulated award will be contingent upon a determination by the Government that Plaintiff owes no qualifying, pre-existing debt(s) to the Government.

---

[1] Martin O'Malley became the Commissioner of Social Security on December 20, 2023. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Martin O'Malley should be substituted for Kilolo Kijakazi as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

If such a debt(s) exists, the Government will reduce the stipulated award in this Order to the extent necessary to satisfy such debt(s).

**IT IS SO ORDERED.**

January 23, 2024                                        Kaymani D. West
Florence, South Carolina                 United States Magistrate Judge